CONOWAY *v.* THE STATE.

No. 7988.  JUNE 9, 1931.

788

*Norman Shattuck*, for plaintiff in error.

*M. Neil Andrews, solicitor-general,* and *Dean Owens,* contra.

RUSSELL, C. J.   Speaking for myself and by authority of Atkinson and Gilbert, JJ., I am of the opinion that not only the definitive terms of Code § 313, defining the offense of rescue, but as

well the illuminating explanation of the difference between the offenses of rescue and of aiding an escape from custody contained in *Robinson* v. *State,* 82 *Ga.* 535, 544 (9 S. E. 528), entitles the defendant to a new trial.